State of Texas
County of Dallas

    ASHRAF MOTON personally appeared before me, and being first duly sworn declared that he signed this Verification Affidavit in the capacity designated, if any, and further stated that he has read the above affidavit and the accompanying pleadings designated in the affidavit, and the statements therein contained are true and correct.

    SWORN AND SUBSCRIBED TO before me, the undersigned notary public, on 26th OCTOBER, 2015, by ASHRAF MOTON.

_____
Notary Public's Signature

SHAHNAZ ASSANIE
My Commission Expires
September 6, 2017

_____
Ashraf Moton