IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWERTEQ, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br>  v.<br><br>ASHRAF MOTON, an individual<br><br>      Defendant.<br>_____/ | No. C-15-2626 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS; DIRECTING DEFENDANT TO NOTICE MOTION TO DISMISS OR TRANSFER IN COMPLIANCE WITH CIVIL LOCAL RULES** |

      On November 23, 2015, defendant Ashraf Moton electronically filed an answer to plaintiff's complaint and, in addition, a motion to dismiss or transfer the above-titled action. Defendant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      Defendant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Defendant is hereby advised that if he fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the

record any electronically filed document for which a chambers copy has not been timely provided to the Court.

Further, with respect to defendant's motion to dismiss or transfer, filed November 23, 2015, defendant has violated an additional Civil Local Rule, specifically, the rule requiring that "motions be . . . noticed in writing not less than 35 days after filing of the motion." See Civil L.R. 7-2(a). Defendant's motion fails to include any hearing date, and, although defendant caused a notation to be placed on the docket stating "Motion Hearing set for 12/18/2015 09:00 AM" (see Document No. 23), said notation does not comply with Rule 7-2(a), as December 18, 2015 is only twenty-five days from the date on which the motion was filed.

Defendant is hereby ORDERED to file, no later than December 9, 2015, a notice of motion in which the motion to dismiss or transfer is set for hearing on a Friday at least 35 days after November 23, 2015.

**IT IS SO ORDERED.**

Dated:  December 2, 2015

_____
MAXINE M. CHESNEY
United States District Judge